IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
(TAMPA DIVISION)

| | |
|---|---|
| UNITED STATES,<br><br>                         Plaintiff<br><br>    v.<br><br>MICHAEL M. RUCKER,<br><br><br>                         Defendant. | Case No. 8:12-cr-266-JDW-AEP |

**DEFENDANT'S UNOPPOSED MOTION FOR
LEAVE TO FILE REPLY MEMORANDUM**

Michael M. Rucker, through counsel, respectfully files this Unopposed Motion for Leave to File a Reply Memorandum in response to the Government's December 17, 2020 Response in Opposition to Mr. Rucker's Motion for Compassionate Release.

There is no dispute that Mr. Rucker has a medical condition that places him at risk of severe illness or death if he contracts COVID-19 according to the Centers for Disease Control and Prevention, nor is there any dispute that he exhausted his administrative remedies. Mr. Rucker respectfully requests that an Order be entered granting him leave to file a short Reply Memorandum primarily related to the Government's claims concerning the BOP's management of Mr. Rucker's medical conditions, COVID-19 reinfection issues, and the Government's reading of certain sentencing issues.

## LOCAL RULE 3.01(g) CERTIFICATION

I CERTIFY that I made a good faith effort to resolve this matter by conferring with AUSA Josie Thomas regarding the relief requested in this motion. AUSA Thomas does not oppose this motion.

Dated: December 18, 2020

/s/ Gregory Bruch
Gregory Bruch (D.C. Bar No. 413527)
Diona Howard-Nicolas (D.C. Bar No. 1030575)
BRUCH HANNA LLP
1099 New York Avenue, N.W., Suite 500
Washington, D.C. 20001
Telephone: (202) 969-1631
Email: gbruch@bruch-hanna.com
Email: dhowardnicolas@bruch-hanna.com
*Admitted Pro Hac Vice*

*Local Counsel*
Michael P. Matthews (FBN 63988)
Primary Email: mmatthews@foley.com
Secondary Email: dguillen@foley.com
FOLEY & LARDNER LLP
100 North Tampa Street, Suite 2700
Tampa, Florida 33602
Telephone: (813) 229-2300

*Counsel for Defendant Michael M. Rucker*

## CERTIFICATE OF SERVICE

I CERTIFY that a copy of the foregoing has been furnished by the court's CM/ECF system to counsel of record this December 18, 2020.

/s/ Gregory Bruch
Gregory Bruch